**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| VERONICA GUTIERREZ, an individual; CLAUDIA PINEDA, an individual; STEVEN MUNOZ, an individual; ANA PORTILLO, an individual; and FRANCISCO GARDUNO, an individual, | Case No. CV 11-1365-GW(AJWx) |
| | [Removed from State Court *Case No.* BC447659] |
| Plaintiffs, | |
| vs. | ORDER OF DISMISSAL |
| DAVLYN INVESTMENTS, INC., an Entity duly authorized to do business in the State of California; DLGP AVENTINE, LLC., a limited liability company duly authorized to do business in the State of California; and DOES 1 through 20, inclusive | |
| Defendants. | |

///

///

///

///

///

///

///

1

Irvine 732540.1

Having considered the parties' joint Stipulation of Entire Action Following Settlement pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the Court hereby DISMISSES this action.  This dismissal shall be with prejudice.

It is stipulated and agreed by and between the parties through their designated counsel that the Court should retain jurisdiction to enforce the terms and conditions of the settlement agreements between the parties.

DATED: September 21, 2011

_____
JUDGE GEORGE H. WU
United States District Court,
Presiding

2

Irvine 732540.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Irvine 732540.1