1                                             **MADE JS-6**

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

10

11 VERONICA GUTIERREZ, an individual; CLAUDIA PINEDA, an individual; STEVEN MUNOZ, an individual; ANA PORTILLO, an individual; and FRANCISCO GARDUNO, an individual,

              Plaintiffs,

vs.

DAVLYN INVESTMENTS, INC., an Entity duly authorized to do business in the State of California; DLGP AVENTINE, LLC., a limited liability company duly authorized to do business in the State of California; and DOES 1 through 20, inclusive

              Defendants.

Case No. CV 11-1365-GW(AJWx)

[Removed from State Court *Case No.* BC447659]

ORDER OF DISMISSAL

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1
[PROPOSED] ORDER OF DISMISSAL
Irvine 732540.1

1       Having considered the parties' joint Stipulation of Entire Action Following
2  Settlement pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the Court
3  hereby DISMISSES this action.  This dismissal shall be with prejudice.
4       It is stipulated and agreed by and between the parties through their
5  designated counsel that the Court should retain jurisdiction to enforce the terms
6  and conditions of the settlement agreements between the parties.

8  DATED: September 21, 2011        _____
9                                   JUDGE GEORGE H. WU
                                    United States District Court,
10                                  Presiding

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Irvine 732540.1